AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JUAN RODRIGUEZ-ARROYO | ) | Case No. |
| | ) | 13- *MJ-47-SCR* |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 4, 2013 _____ in the county of _____ Livingston Parish _____ in the

_____ Middle _____ District of _____ Louisiana _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 42:408(a)(7)(B) | False Representation of a Social Security Number |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Richard Estopinal, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 06/13/2013 _____

_____
*Judge's signature*

City and state: _____ Baton Rouge, Louisiana _____

Stephen C. Riedlinger, Magistrate Judge
_____
*Printed name and title*

Lemelle
USM

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared Richard Estopinal, a Special Agent of the United States Department of Homeland Security – Homeland Security Investigations (HSI), who after being duly sworn, stated the following information to the best of his knowledge and belief:

1. I am a Special Agent with the United States Department of Homeland Security - Homeland Security Investigations (HSI), and have been so employed since the agency's inception in March 2003. Prior to March 2003, I served as a Special Agent with the Department of the Treasury - United States Customs Service (USCS) from February 1987 through March 2003. I am authorized to conduct investigations into administrative violations of aliens and nationality law as codified under the Immigration and Nationality Act of 1952, as amended (the INA); as well as criminal violations of alien and nationality as codified under Title 8 of the United States Code.

2. The following information is based upon your affiant's personal knowledge, as well as information and reports from agents and officers assisting your affiant in this investigation. It does not contain every fact known to me; rather, I have only included facts necessary for determining probable cause.

3. On February 21, 2013, HSI Special Agents in Baton Rouge, Louisiana received information that an illegal alien from Mexico by the name of Juan RODRIGUEZ-ARROYO was using an unknown false identity to live and work in Louisiana. The information alleged that RODRIGUEZ-ARROYO lived in Holden, Louisiana and worked for BROCK services in Baton Rouge, Louisiana under an unknown false identity. In addition, the information alleged that RODRIGUEZ-ARROYO obtained a Transportation Worker Identification Credential (TWIC) under the unknown false identity.

4. During the investigation, HSI Special Agents identified RODRIGUEZ-ARROYO'S address as 25179 D Hutchinson Road in Holden, Louisiana. HSI Special agents also identified RODRIGUEZ-ARROYO's vehicle as a blue Chevrolet pick-up truck, bearing Louisiana license number X795715. Furthermore, HSI Special Agents learned that an individual living the above-listed address was using the name R.D.S..

5. From the Louisiana Office of Motor Vehicles, HSI Special Agents obtained a Louisiana identification card in the name of R.D.S.. The address on the identification card was listed as 25179 D Hutchinson Road in Holden, Louisiana.

6. HSI Special Agents conducted criminal history checks for RODRIGUEZ-ARROYO. The criminal history checks revealed an arrest on March 21, 2007 in Gretna, Louisiana. HSI Special Agents obtained a photograph from the March 21, 2007 arrest of RODRIGUEZ-ARROYO and observed that the same person was depicted in the Louisiana identification card under the name of R.D.S..

7. HSI Special Agents contacted Brock Services and obtained two Form I-9, Employment Verification Form (I-9), submitted by its employee under the name R.D.S.. One I-9 was dated 9/10/2012 listed a Social Security number XXX-XX-1964. The second I-9 was dated 5/22/2009 and also listed Social Security number XXX-XX-1964. On both I-9 forms submitted to Brock Services, RODRIGUEZ-ARROYO falsely claimed to be a United States citizen. Brock Services also provided photocopies of the Louisiana identification card and Social Security cards in the name of R.D.S., which were submitted by RODRIGUEZ-ARROYO at the time the 2009 I-9 form was completed. In addition, Brock Services provided a copy of the E-Verify report showing that XXX-XX--1964 is valid Social Security number assigned to an individual named R.D.S..

8. HSI Special Agents also obtained the TWIC application and accompanying documents for a R.D.S., which were submitted by RODRIGUEZ-ARROYO on September 24, 2012. HSI Special Agents examined the TWIC application picture for R.D.S. and determined that it was in fact a picture of RODRIGUEZ-ARROYO. The Louisiana identification card and Social Security cards in the name of R.D.S. were also submitted with the TWIC application.

9. On June 4, 2013, HSI Special Agents in conjunction with United States Border Patrol Agents, Louisiana State Police Investigators, and Livingston Parish Sheriff's Deputies located and arrested RODRIGUEZ-ARROYO at his residence on D Hutchinson Road in Holden, Louisiana. He was charged criminally under Louisiana Law for forgery and filing false public records. RODRIGUEZ-ARROYO did not wish to make a statement at the time of his arrest; instead, he requested an attorney. HSI Special Agents placed an Immigration Detainer on RODRIGUEZ- ARROYO.

10. Immigration records checks showed that United States Border Patrol Agents apprehended RODRIGUEZ-ARROYO on February 24, 2003 for illegally entry into the United States at Rio Grande City, Texas. RODRIGUEZ-ARROYO was granted a voluntary return to Mexico.

2

11. Based upon the foregoing facts and circumstances, your Affiant has probable cause to believe, and does believe that Juan RODRIGUEZ-ARROYO, violated Title 42, United States Code, Section 408(a)(7)(B).

_Richard Estopinal_

Richard Estopinal, Special Agent
Homeland Security Investigations

Sworn to and subscribed before me this 13th day of June, 2013, at Baton Rouge, Louisiana.

_Stephen C. Riedlinger_

THE HONORABLE STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

3